**No. 10-8880. Gregory T. Redmond, Petitioner v. Southeastern Pennsylvania Transportation Authority.**

563 U.S. 941, 131 S. Ct. 2101, 179 L. Ed. 2d 899, 2011 U.S. LEXIS 3010.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 392 Fed. Appx. 9.